Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| DANIEL HARLOFF, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:10-cv-___-___ <br><br><br><br><br><br><br> **NOTICE OF REMOVAL** |

TO: The United States District Court for the District of Alaska
    Daniel Harloff

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Allstate Insurance Company ("Allstate"), has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Plaintiff in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-10-5017 Civil. You are also notified that Defendant Allstate has filed a copy of this notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage (attached as Exhibit A), and that

said action has thereby been removed from the Superior Court to the United States District Court.

The ground for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441.

There is complete diversity of citizenship between the parties. Plaintiff is a citizen of the state of Florida and was a citizen of the state of Alaska at the time of the auto accident causing injury. Defendant is a citizen of the state of Illinois. Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). A copy of all process, pleadings and orders served upon Defendant Allstate will be filed as ordered by the court. A copy of the complaint is attached.

Based on the above, this Court has original jurisdiction over this action, and Defendant Allstate is entitled to remove this action to this Court from the Superior Court for the State of Alaska. 28 U.S.C. §§ 1332, 1441, 1446.

DATED this 20th day of July, 2010, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Defendant
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK  99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010, a copy of the foregoing Notice of Removal was served by First Class mail on:

David S. Houston
Houston & Houston
517 W. Northern Lights Blvd.
Anchorage, AK 99503

**s/Alfred Clayton, Jr.**

N:\ASM\854\659\PLEAD\Removal Notice USDC.doc