IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DANIEL HARLOFF, )
                                    )
              Plaintiff,            )
                                    )
vs.                                 )
                                    )
ALLSTATE INSURANCE CO.,             )
                                    )
              Defendant.            )
_____)  Case No. 3AN-10-5017 CI

**COPY**
**Original Received**
FEB 05 2010
**Clerk of the Trial Courts**

## COMPLAINT

COMES NOW the Plaintiff, Daniel Harloff, by and through his counsel of record, Houston & Houston, PC, and for his claim for relief against Defendant, Allstate Insurance Company, state and allege as follows:

1. Plaintiff was, at the time relevant to this proceeding, a resident of the State of Alaska. Plaintiff is currently a resident of the State of Florida and is fully qualified to bring this action.

2. Based upon information and belief, Defendant Allstate Insurance Company is an insurance company authorized to do business in the state of Alaska.

3. On February 19, 2008, Plaintiff was injured when Todd Lipscomb negligently ran into the vehicle in which Mr. Harloff was driving. Lipscomb was insured by Progressive Insurance Company. A civil action was filed against Lipscomb, and the case settled for the tortfeasor's available limits of liability insurance.

4. Daniel Harloff's damages exceeded the maximum limits of the tortfeasor's Policy of Insurance, thereby triggering Plaintiff Daniel Harloff's right to receive Underinsured Motorist benefits from Allstate Insurance Company through Policy No. 91727188409/17, which had

HOUSTON & HOUSTON
ATTORNEYS AT LAW
517 WEST NORTHERN LIGHTS BLVD.
ANCHORAGE, ALASKA 99503
(907) 278-1015  FAX (907) 278-8603

EXHIBIT B
PG 1 OF 3

Underinsured Motorist coverage of $50,000/$100,000 and $25,000 of Medical Payments coverage.

5. Plaintiff paid the premiums and did all things on his part to be preformed and secure the protection of such insurance policy.

6. On or about September 18, 2009, Plaintiff sent Allstate a Demand to Arbitrate.

7. Defendant refused to pay Plaintiff's Underinsured Motorist benefits and to date, has failed and/or refused to enter into arbitration as required under the Policy of Insurance contracted between Plaintiff and Defendant Allstate Insurance Company.

8. Defendant breached its contract with Plaintiff and failed to submit to arbitration and further, failed to provide Plaintiff with insurance coverage as contemplated by the contract between the parties.

9. Defendant failed to properly investigate Plaintiff's claim, conduct reasonable discovery, make reasonable attempts at settlement and refused to submit to arbitration as required by the contract between Plaintiff and Defendant. The conduct of Defendant constitutes bad faith and as a result, Plaintiff is entitled to and does claim exemplary or punitive damages in an amount to be determined at trial

WHEREFORE, Plaintiff Daniel Harloff prays for judgment against Defendant Allstate Insurance Company as follows:

1. That an order compelling arbitration be issued in accordance with the requirements of the applicable policy of insurance;

2. Judgment against Defendant for its breach of contract terms to provide coverage under the applicable UM/UIM provisions of Plaintiff's policy of insurance, in an exact amount to be proven at time of trial;

HOUSTON & HOUSTON
ATTORNEYS AT LAW
517 WEST NORTHERN LIGHTS BLVD.
ANCHORAGE, ALASKA 99503
(907) 278-1015  FAX (907) 278-8603

EXHIBIT B
PG 2 OF 3

3. For an award of exemplary or punitive damages in an amount to be determined at trial;

4. For an award of costs and attorney fees, and interest and;

5. For such other and further relief the court deems fair, just and equitable.

DATED at Anchorage, Alaska this 6th day of February, 2010.

                                                HOUSTON & HOUSTON, P.C.
                                                Attorneys for Plaintiff

                                                By: _____
                                                    David S. Houston
                                                    ABA# 9106038

HOUSTON & HOUSTON
ATTORNEYS AT LAW
517 WEST NORTHERN LIGHTS BLVD.
ANCHORAGE, ALASKA 99503
(907) 278-1015   FAX (907) 278-8603

EXHIBIT  B
PG   3   OF   3