Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| DANIEL HARLOFF,<br><br>        Plaintiff,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:10-cv-168-JWS<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

    Plaintiff Daniel Harloff and Defendant Allstate Insurance Company, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that the claims that were brought or could have been brought in the referenced action shall be dismissed with prejudice, each party to bear their own costs and attorney's fees.

    DATED this 25th day of March, 2011.

                                              By: s/Alfred Clayton, Jr.
                                              BLISS, WILKENS & CLAYTON
                                              Counsel for Defendant
                                              Allstate Insurance Company
                                              500 L Street, Suite 200
                                              Anchorage, AK  99501

E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax: (907) 276-2956
[ABA No. 9111079]

DATED this 25th day of March, 2011.

By: s/David S. Houston [consent]
HOUSTON & HOUSTON, P.C.
Counsel for Plaintiff Daniel Harloff
517 W. Northern Lights Blvd.
Anchorage, AK 99503
E-mail: david@houstonesq.com
Phone: (907) 278-1015
Fax: (907) 278-8603
[ABA No.: 9106038]

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2011, a copy of the document was served electronically on:

David S. Houston

**s/Alfred Clayton, Jr.**

N:\ASM\854\659\PLEAD\Dismissal Stipulation.doc